UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-61903-CV-MARTINEZ

WILLIAM NEWKIRK,

    Petitioner,

v.

MARK S. INCH,

    Respondent.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THE MATTER** was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, for a Report and Recommendation on Petitioner's *pro se* Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2254 (DE 2, DE 14). Magistrate Judge Reid filed a Supplemental Report and Recommendation ("R&R") concluding that Petitioner's claims are unexhausted and procedurally defaulted. (DE 25). Petitioner filed objection arguing that he may raise his untimely collateral claims to the Florida courts under the doctrine of "manifest injustice." (DE 28). However, Florida postconviction rules do not provide for a manifest injustice exception to the applicable 2-year time limitation. *See* Fla. R. Civ. P. 3.850. Moreover, for the reasons identified by Judge Reid, Petitioners claims are without merit and do not rise to the level of manifest injustice in any event. The Court having reviewed the R&R, objections, and the record in this case *de novo*, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge Reid's Supplemental Report and Recommendation (DE 28) is **AFFIRMED** and **ADOPTED**. The Petition is **DENIED**. No certificate of appealability shall issue. The Clerk is directed to mark this case **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of August, 2020.

                                                            _____
                                                            JOSE E. MARTINEZ
                                                            UNITED STATES DISTRICT JUDGE